UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHIRLEY PHELPS-ROPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-4156-FJG |
| | ) |
| JEREMIAH NIXON, *ET AL.*, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, SHIRLEY PHELPS-ROPER, hereby appeals, in accordance with Federal Rules of Appellate Procedure 3(a) and 4(a) and pursuant to 42 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Eighth Circuit from the District Court's Order denying Plaintiff's motion for preliminary injunction (Doc. # 47) entered in this case on January 26, 2007, a true and correct copy of which is attached hereto as Exhibit A.

Dated this 1st day of February, 2007.

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT
American Civil Liberties Union of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112
E-Mail: tony@aclu-em.org

1

BENICIA BAKER-LIVORSI[1]
6 Westbury Drive
St. Charles, Missouri 63301
(636) 947-8181

COOPERATING ATTORNEY FOR ACLU/EM


COUNSEL FOR PLAINTIFF

---

[1] Appearing *pro hac vice*.

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Robert Ryan Harding  (Attorney for Defendants Nixon and Blunt)
Erica K. Bredehoft
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102

Michael G Berry (Attorney for Defendant Goodwin)
Michael G. Berry, LLC
221 Bolivar Street
Suite 100
Jefferson City, MO 65101

Todd A. Nielson (Attorney for Amicus ACLJ)
1125 Grand Avenue, #800
Kansas City, Missouri 64106

Harvey M. Tettlebaum (Attorney for Amicus Judicial Watch)
Husch & Eppenberger, LLC
235 East High Street
P. O. Box 1251
Jefferson City, MO 65102


/s/ Anthony E. Rothert