IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

SHIRLEY L. PHELPS-ROPER,   )
                                         )
              Plaintiff,  )
                                         )   Case No. 2:06-cv-04156-FJG
v.                                 )
                                         )
CHRIS KOSTER, et. al.,      )
                                         )
                                         )
            Defendants.

**PLAINTIFF'S LIST OF WITNESSES**

Comes now Plaintiff, Shirley L. Phelps-Roper, and submits the following list of witnesses who she may call at trial in connection with the claims asserted in her Second Amended Complaint:

    1.    Matt Blunt

    2.    Patricia L. Buxton, or designee

    3.    Robin Carnahan, or designee

    4.    D. Adam Crumbliss, or designee

    5.    W. Stephen Geeding

    6.    Nikki Loethan, or designee

    7.    Fred Phelps, Jr.

    8.    Jonathan B. Phelps

    9.    Margie J. Phelps

    10.    Rebekah A. Phelps-Davis

    11.    Shirley L. Phelps-Roper

1

12. Monty Platz

13. Ronald K. Reploge, or designee

14. John D. Rupp

15. Kevin Schroeder

16. Charlie Shields

17. Ann Stock

    Respectfully submitted,

    /s/ Anthony E. Rothert
    ANTHONY E. ROTHERT
    ACLU of Eastern Missouri
    454 Whittier Street
    St. Louis, Missouri 63108
    (314) 652-3114
    FAX: (314) 652-3112
    tony@aclu-em.org

    BENICIA BAKER-LIVORSI
    6 Westbury Drive
    St. Charles, Missouri 63301
    (636) 947-8181

    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available electronically to the following electronic filing participants:

Michael G. Berry
304 East High Street, Suite 100
P.O. Box 1606
Jefferson City, Missouri 65102
Attorney for Defendants Goodwin, Hemphill, Wrinkle, and Laclede County

Jeremiah J. Morgan
Assistant Attorneys General
P.O. Box 899
Jefferson City, Missouri 65102
Attorneys for Defendants Nixon, Keathley, and Koster

Ransom A Ellis, III
901 St. Louis Street, Suite 600
Springfield, MO 65806-2505
Attorney for Defendant Blackburn

/s/ Anthony E. Rothert