IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

SHIRLEY L. PHELPS-ROPER, )
)
Plaintiff, )
) Case No. 2:06-cv-04156-FJG
v. )
)
CHRIS KOSTER, et. al., )
)
)
Defendants.

## PLAINTIFF'S LIST OF EXHIBITS

Comes now Plaintiff, Shirley L. Phelps-Roper, and provides this Court with the following list of exhibits that may be offered at trial by Plaintiff in connection with the claims asserted in her Second Amended Complaint:

| Plaintiff's Exhibit No. | Description |
|---|---|
| 1 | April 20, 2006 letter from Shirley Phelps-Roper to Darrell Moore |
| 2 | May 17, 2006 letter from Shirley Phelps-Roper to Donald King and Mark Goodwin |
| 3 | April 13, 2006 facsimile from George Kapke to Shirley Phelps-Roper |
| 4 | Journals of the Missouri House of Representatives |
| 5 | Senate Bill 578 as pre-filed on December 1, 2005 |
| 6 | Journal of the Senate, Ninety-Third General Assembly, Second Regular Session, Actions of Senate Bill 578 |

1

| | |
|---|---|
| | Occurring Between January 4, 2006 and February 27, 2006 |
| 7 | Truly Agreed to and Finally Passed Senate Committee Substitute for Senate Bill No. 578, Second Regular Session, Ninety-Third General Assembly, signed on February 23, 2006 |
| 8 | Journal of the Senate, Ninety-Third General Assembly, Second Regular Session, pages 1175-1176, Sixty-Ninth Day, Tuesday, May 9, 2006 |
| 9 | Truly Agreed to and Finally Passed Senate Substitute for Senate Committee for Senate Committee Substitute for House Committee Substitute for House Bill No. 1026, Second Regular Session, Ninety-Third General Assembly, signed on May 6, 2006 |
| 10 | Official Copy of R.S.Mo. § 578.501 as found in 2008 Cumulative Supplement to the Revised Statutes of the State of Missouri 2000, Volume 4, page 876 |
| 11 | Proclamation from Office of the Governor, filed on November 7, 2006 |
| 12 | Governor's Executive Message, dated March 1, 2006 |
| 13 | News Release – Matt Blunt, dated March 3, 2006 |
| 14 | News Release – Matt Blunt, dated April 21, 2006 |
| 15 | Governor's Executive Message, dated July 5, 2006 |

| | |
|---|---|
| 16 | News Release – Matt Blunt, dated November 8, 2006 |
| 17 | April 20, 2006 letter from Darrell Moore to Margie Phelps |
| 18 | May 16, 2006 facsimile from Mark Goodwin to Margie Phelps |
| 19 | May 12, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to Donald King and Mark Goodwin |
| 20 | September 13, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to John Jordan and H. Morley Swingle |
| 21 | September 13, 2006 letter from H. Morley Swingle to Margie Phelps |
| 22 | December 22, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to Ronald Adams and Lewis Recker |
| 23 | June 6, 2008 letter from Margie Phelps and Rebekah Phelps-Davis to Raymond Blackburn, Richard Wrinkle, and Angie Wright |
| 24 | December 20, 2007 letter from John Rupp to Margie Phelps |
| 25 | April 17, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to Mark Lowe and Darrell Moore |

| | |
|---|---|
| 26 | April 13, 2006 letter from Rebekah Phelps-Davis to Daniel L. White |
| 27 | April 13, 2006 letter from Rebekah Phelps-Davis to George Kapke |
| 28 | April 13, 2006 facsimile from George Kapke to Rebekah Phelps-Davis |
| 29 | April 13, 2006 letter from Daniel White to Rebekah Phelps-Davis |
| 30 | September 7, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to Daniel Bullock and Wendy Horn |
| 31 | September 8, 2006 letter from Rebekah Phelps-Davis to Daniel Bullock |
| 32 | March 1, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to Steve Geeding and Janice Durbin |
| 33 | March 2, 2006 facsimile from Steven Geeding to Law Offices of Phelps Charter with letter addressed to whom it may concern |
| 34 | March 1, 2006 letter from Margie Phelps and Rebekah Phelps-Davis to Steve Geeding and Janice Durbin |
| 35 | March 2, 2006 letter from Steven Geeding to To Whom It May Concern |

| | |
|---|---|
| 36 | March 4, 2006 letter from Steven Geeding to All Law Enforcement |
| 37 | July 20, 2007 facsimile from Monty Platz to Margie Phelps |
| 38 | July 20, 2007 letter from Margie Phelps and Rebekah Phelps-Davis to Ricky Stone, Geptha Gump, and Monty Platz |
| 39 | December 27, 2006 facsimile to Lewis H. Recker to Margie Phelps |
| 40 | Consent Judgment in *Phelps-Roper v. Schroeder* |
| 41 | December 19, 2007 letter from Margie Phelps and Rebekah Phelps-Davis to Kevin Schroeder and John Rupp |

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT
ACLU of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112
tony@aclu-em.org

BENICIA BAKER-LIVORSI
6 Westbury Drive
St. Charles, Missouri 63301
(636) 947-8181


ATTORNEYS FOR PLAINTIFF

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available electronically to the following electronic filing participants:

Michael G. Berry
304 East High Street, Suite 100
P.O. Box 1606
Jefferson City, Missouri 65102
Attorney for Defendants Goodwin, Hemphill, Wrinkle, and Laclede County

Jeremiah J. Morgan
Assistant Attorneys General
P.O. Box 899
Jefferson City, Missouri 65102
Attorneys for Defendants Nixon, Keathley, and Koster

Ransom A Ellis, III
901 St. Louis Street, Suite 600
Springfield, MO 65806-2505
Attorney for Defendant Blackburn

/s/ Anthony E. Rothert