IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

SHIRLEY L. PHELPS-ROPER, )
)
      Plaintiffs )
)
v. ) Case No. 2:06-cv-04156-FJG
)
CHRIS KOSTER, et al. )
)
      Defendants. )

## Plaintiff's Additional Separate Proposed Jury Instruction

Pursuant to the Court's Fourth Amended Scheduling Order, Plaintiff filed proposed jury instructions on May 3, 2010. (Doc. # 225). On May 6, 2010, the Court entered a Fifth Amended Scheduling Order establishing a due date of May 7, 2010 by which Plaintiff must file proposed jury instructions. Plaintiff now submits one additional proposed jury instruction while requesting leave to supplement her proposed instructions as appropriate once this Court has ruled on the pending motions for summary judgment:

**No. \_\_\_\_**

I instruct you as a matter of law that, in order for the freedoms protected by the First Amendment to have adequate breathing space, citizens must tolerated insulting and outrageous speech. There can be no "dignity" or "outrageousness" standard that would allow speech to be punished. Speech cannot be punished because it may have an adverse emotional impact on the audience.

Citations: *Boos v. Barry*, 485 U.S. 312, 322 (1988)

*Hustler Magazine, Inc. v. Falwell*, 485 U.S. 46, 56 (1988)

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT
ACLU of Eastern Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114

BENICIA BAKER-LIVORSI
6 Westbury Drive
St. Charles, Missouri 63301
(636) 947-8181

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available electronically to the following electronic filing participants:

Michael G. Berry
304 East High Street, Suite 100
P.O. Box 1606
Jefferson City, Missouri 65102
Attorney for Defendants Goodwin, Hemphill, Wrinkle, and Laclede County

Jeremiah J. Morgan
Assistant Solicitor General
P.O. Box 899
Jefferson City, Missouri 65102
Attorneys for Defendants Nixon, Keathley, and Koster

Ransom A. Ellis, III
901 St. Louis Street, Suite 600
Springfield, MO 65806-2505
Attorney for Defendant Blackburn

/s/ Anthony E. Rothert