# INVOICE

**Midwest Litigation Services**
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Anthony E Rothert
ACLU of Eastern Missouri
454 Whittier Street
St Louis, MO 63108

**Invoice #:** STL87951
**Invoice Date:** 12/03/2009
**Balance Due:** $ 463.80

**Case #:** 206CV04156FJG

**Case:** Shirley L Phelps Roper v. Chris Koster et al
**Job #:** 65702 | **Job Date:** 11/18/2009 | **Delivery:** Normal
**Billing Atty:** Anthony E Rothert
**Location:** Missouri Attorney General
221 W High Street | Broadway Bldg 7th Flr Large Conf Rm | Jeffer

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Shirley L Phelps Roper | Shipping - Messenger service | 1 | 1.00 | $10.00 | $10.00 |
| 2 | Shirley L Phelps Roper | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Shirley L Phelps Roper | Exhibit - B/W | Per page | 57.00 | $0.40 | $22.80 |
| 4 | Shirley L Phelps Roper | Transcript - copy/copies | Page | 242.00 | $1.75 | $423.50 |

**Notes:**

**Fed. Tax ID:** 20-3132569
**Term:** Due Upon Receipt

**Invoice Total:** $463.80
**Payment:**
**Credits:**
**Balance Due:** $463.80

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Approved agr 12-14c Phelps-Roper v.*

Please tear off stub and return with payment.

**Make check payable to:** National Depo
☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)
PRINT NAME (AS IT APPEARS ON CREDIT CARD)
DAYTIME PHONE

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

**Invoice #:** STL87951
**Job #:** 65702
**Invoice Date:** 12/03/2009
**Balance:** $ 463.80

**PLAINTIFF'S EXHIBIT 2**

Page 1 of 1