**,ument Efficiency**
**/Work:**
A RICOH COMPANY

Jffice Solutions - Clayton, MO
(314) 721-6633    Fax: (314) 721-4746
,al ID: 230334400

# INVOICE

| Invoice # | CLA09110075 |
|---|---|
| Invoice Date: | 11/12/2009 |
| Due Date: | 11/22/2009 |
| Terms: | Net 10 Days |
| Customer Code: | CLA-000G |
| Natl ID: | 78211 |

**BILL TO:**
ACLU of EASTERN MISSOURI
454 WHITTIER
SAINT LOUIS, MO 63108

**SHIP TO:**
ACLU of EASTERN MISSOURI
454 WHITTIER
SAINT LOUIS, MO 63108

Price using: STANDARD Price

Attn: Rothert, Anthony

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Phelps Roper | | | Eric Blinkinsop |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0911-0066 | 11/12/2009 | Rothert, Anthony - ACLU of EASTERN MISSOURI | | | | |
| | | Labeling: Document Numbering (applied) | 255.00 | 0.0500 | | 12.75 |
| | | B&W Copies C - Medium Litigation | 639.00 | 0.1400 | | 89.46 |
| | | Color 8.5x11 (Letter) Copies | 126.00 | 1.0000 | | 126.00 |

*[handwritten: AR 11-16-09  Phelps-Roper v. Nixon  ⊕ (Discovery Copies)]*

| Please Pay From This Invoice | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 0.00 |
| | Sales Tax: | 0.00 |
| | Non-Taxable: | 228.21 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT $** | **228.21** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ACLU of EASTERN MISSOURI
454 WHITTIER
SAINT LOUIS, MO 63108

**Amount Enclosed**
$

**Please Remit To:**
IKON Office Solutions
Dallas District - CLA
P O Box 676466
Dallas, TX 75267-6466

**PLAINTIFF'S EXHIBIT 3**

Invoice: CLA09110075
Invoice Date: 11/12/2009
Due Date: 11/22/2009
Customer Code: CLA-000G
Natl ID: 78211

**PAY THIS AMOUNT $ 228.21**