PRINTING &
COPY CENTERS

CAM Printing & Copy Centers
Downtown 314-241-0091
Clayton 314-726-1133
Westport 314-434-4636
www.camprint.com

0002

# Invoice

No. **22148**

Date **4/11/2007**

Customer P.O. No.

#2 CASH SALES - WALK IN
#2 CASH SALES - WALK IN

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 | B&W Digital Copies - ROPER V NIXON, 8.5 x 11 White 20# Bond, copied on 1 side | 30.22 |
| | 5     Copied front/bristol back - WHITE Front is from Print/Copy Job | |
| | 5     1/2 comb binding 0.5 | |
| 15 | B&W Digital Copies - ROPER V NIXON, 8.5 x 11 White 20# Bond, copied on 1 side | 63.85 |
| | 15     Copied front/bristol back - BLUE Front is from Print/Copy Job | |
| | 15     1/2 comb binding 0.5 | |

CUSTOMER

PAID
Check # _____
Credit Card AMEX
Cash _____

Sales Rep: ROBB LANE
Taken by: Kerry
Account Type: COD

Open account terms are NET 30.
   Remit to: 824 FEE FEE ROAD
               MARYLAND HEIGHTS, MO 63043

ACLU - TONY ROTHERT

**PLAINTIFF'S EXHIBIT 4**

| | |
|---|---|
| SUBTOTAL | 94.07 |
| SALES TAX | 7.13 |
| SHIPPING | |
| TOTAL | 101.20 |

DOWNTOWN
514 Pine St. • St. Louis, MO 63101
(314) 241-0091 • Fax (314) 241-2523
downtown@camprint.com

UNIVERSITY CITY/CLAYTON
8131 Delmar • St. Louis, MO 63130
(314) 726-1133 • Fax (314) 726-1151
clayton@camprint.com

WEST PORT
824 Fee Fee Rd. • St. Louis, MO 63043
(314) 434-4636 • Fax (314) 434-4610
westport@camprint.com