

# RECORD PRESS INC.
**Decades of Experience — Cutting Edge Technology**
Since 1945
229 West 36th Street, New York, NY 10018

Phone (212) 619-4949  Fax (212) 608-3141
Federal I.D. Number 13-5654060

# INVOICE #A78336

Refer To Invoice # with Payment

SOLD TO:
AMY VOGLTANZ, SP. ASSIST/OM
AMERICAN CIVIL LIBERTIES UNION
125 BROAD STREET, 18TH FLOOR
NEW YORK, N.Y. 10004-2417

| INVOICE DATE |
|---|
| 6/10/2009 |
| CUSTOMER PHONE |
| 212 549-2614 |
| CUSTOMER FAX |
| 212 549-2651 |

| PURCHASE ORDER | PRINT ORDER No. | Due Date | NET TER... | ACCT... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 7/10/2009 | Net 30 | F S | | 24825 |

### NIXON vs. PHELPS-ROPER

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | For printing and binding 55 copies of the above referenced 28 pages: BRIEF IN OPPOSITION Supreme Court of the United States | | |
| 1 | Brief (1st 30 Copies) @ | 425.00 | 425.00 |
| 25 | Additional Copies @ | 11.50 | 287.50 |
| | SUB-TOTAL | | 712.50 |
| 1 | Discount - Courtesy | -25.00% | -178.13 |
| 1 | Party Served and Filed @ | 90.00 | 90.00 |
| | SUB-TOTAL | | 624.37 |
| 2 | Messenger to Deliver All Copies @ | 10.00 | 20.00 |
| 1 | 2-Postage @ | 26.90 | 26.90 |

| | |
|---|---|
| SUBTOTAL | $671.27 |
| TAX (0.0%) | $0.00 |
| TOTAL | $671.27 |
| MONEY ON ACC'T | $0.00 |
| BALANCE DUE | $671.27 |

**Thank you for your business.**

PLAINTIFF'S EXHIBIT
5