**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| SHIRLEY PHELPS-ROPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4156-CV-C-FJG |
| ) | |
| CHRIS KOSTER, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the Court is the Mandate of the Eighth Circuit (Doc. No. 300). Upon its consideration, the Court believes that no further discovery is necessary[1] and the case is ready for summary judgment briefing.[2] Therefore, pursuant to the judgment and opinion of the Eighth Circuit (see Doc. No. 299), the Court **ORDERS** the parties to file revised briefs addressing the issues the Court did not reach in considering the parties' motions for summary judgment, namely whether R.S.Mo. § 578.502 violates the Free Exercise Clause of the First Amendment, the Due Process Clause of the Fourteenth Amendment, and/or Missouri statutory and constitutional law. The parties' motions for summary judgment and suggestions in support thereof will be due on or before **Monday, July 15,**

---

[1] To the extent the parties disagree with the Court's conclusion that no further discovery is necessary and the case should proceed on the briefs, the parties are welcome to file a response to this order.

[2] The Court believes that summary judgment briefing could follow roughly the same format as the parties previously presented to the Court in 2010, see Doc. Nos. 183, 184, 185, 186, 189, 202, 207, and 219. However, given the passage of time since those briefs were filed, the Court believes revised briefing may be in order.

**2013.** Suggestions in opposition to summary judgment will be due on or before **Monday, August 5, 2013**. Reply suggestions in support of summary judgment will be due on or before **Monday, August 19, 2013**.

    **IT IS SO ORDERED.**

                                                  /s/ FERNANDO J. GAITAN, JR.
                                                   Fernando J. Gaitan, Jr.
                                                   Chief United States District Judge

Dated: May 30, 2013 .
Kansas City, Missouri.