IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:06-cv-04156-FJG |
| v. | ) |
| | ) |
| CHRIS KOSTER, et. al., | ) |
| | ) |
| Defendants. | ) |

### Motion for Attorneys' Fees and Expenses

Comes now Plaintiff, pursuant to 42 U.S.C. § 1988 and Federal Rules of Civil Procedure R. 54, and moves this Court for an award of attorneys' fees and expenses. Plaintiff is the prevailing party for purposes of 42 U.S.C. § 1983. For the reasons explained in her Suggestions in Support, filed herewith, she should be awarded attorneys' fees of $298,841.25 and expenses of $4,044.30.

WHEREFORE Plaintiff respectfully requests this Court enter a judgment for attorneys' fees of $298,841.25 and expenses of $4,044.30 and allow such other and further relief as is just under the circumstances or to which Plaintiff may be entitled.

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT
ACLU of Missouri Foundation
454 Whittier Street
St. Louis, Missouri 63108
PHONE: (314) 652-3114
FAX: (314) 652-3112
trothert@aclu-mo.org

1

                BENICIA BAKER-LIVORSI
                6 Westbury Drive
                St. Charles, Missouri 63301
                PHONE: (636) 947-8181

                ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available electronically to the all electronic filing participants.

/s/ Anthony E. Rothert