IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHIRLEY PHELPS-ROPER, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4156-CV-C-FJG |
| ) | |
| CHRIS KOSTER, et al., ) | |
|     Defendants. ) | |

## ORDER

Pending before the Court are (1) Plaintiff's Second Motion for Leave to Submit Supplemental Authority (Doc. No. 380); (2) Plaintiff's Motion to Substitute J. Bret Johnson for Defendant Ronald K. Replogle in his Official Capacity as Superintendent of the Missouri Highway Patrol (Doc. No. 374); (3) Plaintiff's Motion to Substitute Eric R. Greitens for Defendant Jeremiah Nixon in his Official Capacity as Governor of Missouri (Doc. No. 375); and (4) Plaintiff's Motion to Substitute Joshua D. Hawley for Defendant Chris Koster in his Official Capacity as Attorney General of Missouri (Doc. No. 376).

With respect to the motion for leave to submit supplemental authority (Doc. No. 380), the motion is **GRANTED**, and the Court will consider plaintiff's authority when deciding the remaining attorneys' fees issues in this case. With respect to the Motions to Substitute parties (Doc. Nos. 374, 375, and 376), all are **GRANTED.** The Court finds that, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, J. Bret Johnson shall be substituted for Ronald K. Replogle; Eric R. Greitens shall be substituted for Jeremiah Nixon; and Joshua D. Hawley shall be substituted for Chris Koster.

**IT IS SO ORDERED.**

Date:   September 29, 2017                      **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                                   Fernando J. Gaitan, Jr.
                                                              United States District Judge