IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| SHIRLEY L. PHELPS-ROPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:06-cv-04156-FJG |
| v. | ) |
| | ) |
| JOSHUA D. HAWLEY, et. al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

Motion to Substitute Sandra K. Karsten for Defendant J. Bret Johnson
in Their Official Capacity as Superintendent of the Missouri State Highway Patrol

Comes now Plaintiff, pursuant to Federal Rule of Civil Procedure 25(d), and

moves this Court for entry of an order substituting Sandra K. Karsten for Defendant J.

Bret Johnson in their official capacity as Superintendent of the Missouri State Highway

Patrol, and in support states:

1.      Defendant J. Bret Johnson is named as a Defendant only in his official

capacity as Superintendent of the Missouri State Highway Patrol, having

previously been substituted for Ronald K. Replogle.

2.      Johnson has ceased to hold the office of Superintendent of the Missouri

State Highway Patrol.

3.      Sandra K. Karsten is J. Bret Johnson's successor.

WHEREFORE Plaintiff moves for entry of an order substituting Sandra K. Karsten for J.

Bret Johnson in their official capacity as Superintendent of the Missouri State Highway

Patrol.

1

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, 44827
ACLU of Missouri Foundation
906 Olive Street
Suite 1130
St. Louis, Missouri 63101
(314) 652-3114
FAX: (314) 652-3112

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system and a copy was made available

electronically to all counsel of record.

/s/ Anthony E. Rothert